NOT FOR PUBLICATION

Civil No. 09-0946 (RBK/AMD)  (Docket No. 6)
Civil No. 08-0854 (RBK/AMD) (Docket No. 23)
Civil No. 07-2863 (RBK/AMD) (Docket No. 32)
Civil No. 08-0855 (RBK/AMD) (Docket No. 26)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | | |
|---|---|---|
| WARREN and LISA HAGGERTY, both individually and on behalf of JOHN HAGGERTY, a minor, | : | |
| Plaintiffs, | : | Civil No. 09-946 (RBK/AMD) |
| v. | : | **ORDER** |
| NOVARTIS PHARMACEUTICALS CORPORATION, et al., | : | |
| Defendants. | : | |
| MARGI MEHLOS, both individually and on behalf of TOBY MEHLOS, a minor, | : | |
| Plaintiffs, | : | Civil No. 08-854 (RBK/AMD) |
| v. | : | **ORDER** |
| NOVARTIS PHARMACEUTICALS CORPORATION, et al., | : | |
| Defendants. | : | |

|  |  |
|---|---|
| KIMBERLY MAGUIRE,<br><br>        Plaintiff,<br><br>        v.<br><br>NOVARTIS PHARMACEUTICALS<br>CORPORATION, et al.,<br><br>        Defendants. | Civil No. 07-2863 (RBK/AMD)<br><br>**ORDER** |
| DANIEL MCGRAW,<br><br>        Plaintiff,<br><br>        v.<br><br>NOVARTIS PHARMACEUTICALS<br>CORPORATION, et al.,<br><br>        Defendants. | Civil No. 08-855 (RBK/AMD)<br><br>**ORDER** |

      **THIS MATTER** having come before the Court on motions by Plaintiffs Warren Haggerty and Lisa Haggerty, both individually and on behalf of their son John Haggerty; Margi Mehlos, both individually and on behalf of her son, Toby Mehlos; Kimberly Maguire; and Daniel McGraw (collectively, "Plaintiffs") to remand their cases against Defendants Novartis Pharmaceuticals Corporation; Novartis Pharma, GMBH; Novartis, AG; Astellas Pharmaceuticals, USA, Inc.; and Astellas Pharmaceuticals, Inc. (collectively, "Defendants") to New Jersey Superior Court; and the Court having considered the party's papers; and for the reasons expressed in today's opinion;

**IT IS HEREBY ORDERED** that Plaintiffs' motions to remand are granted, and these matters are remanded to the Superior Court of New Jersey, Law Division.


Dated: 12-15-2009                                    /s/ Robert B. Kugler
                                                     ROBERT B. KUGLER
                                                     United States District Judge